Kempis P. SONGSTER

v.

SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS; David Diguglielmo; The District Attorney Philadelphia; The Attorney General of the State of Pennsylvania, Appellants.

No. 12–3941.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) March 8, 2016.

March 15, 2016.

Douglas B. Fox, Esq., Cozen O'Connor, Philadelphia, PA, for Kempis P. Songster.

Hugh J. Burns, Jr., Esq., J. Hunter Bennett, Philadelphia, PA, for Appellants.

**17.** *Id.* at 239 n. 8.

**18.** *Hughes,* 578 F.2d at 488.

Before: CHAGARES, VANASKIE, and SHWARTZ, Circuit Judges.

### JUDGMENT ORDER

MICHAEL A. CHAGARES, Circuit Judge.

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on March 8, 2016.

While on appeal, the United States Supreme Court decided *Montgomery v. Louisiana*, 577 U.S. ——, 136 S.Ct. 718, 193 L.Ed.2d 599 (2016). Appellee now seeks remand and represents to the Court that Appellants are in agreement that remand is appropriate. We hold that the District Court should have the opportunity to consider the implications of *Montgomery* in the first instance. For that reason, it is now hereby ORDERED and ADJUDGED by this Court that the District Court's order dated September 6, 2012 is VACATED and REMANDED for proceedings not inconsistent with *Montgomery*.